No. 93–6424. HANNAH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6425. FORDE, AKA TAYLOR, AKA HESCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

· No. 93–6428. STEPHENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6429. BYFIELD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–6436. ENGLISH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6439. FROST v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6440. ARIAS VILLANUEVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6444. HANIF, AKA NOOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6446. EMRA v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 93–6449. PLANCARTE-RAYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6451. LAWSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6452. FINN, AKA DUPREE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6453. COSTA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6456. COREY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6464. WILLIS v. RISON, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.